IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      )
                               )
          v.                   )   Criminal No. 06-40
                               )
ROBERT HOWARD WINSTON,         )
     Defendant.                )

ORDER

AND NOW, this 14th day of November, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered March 24, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, November 30, 2006 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster        , J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:  Almon S. Burke, Jr.,
     Assistant United States Attorney

     Warner Mariani, Esquie
     445 Ft. Pitt Boulevard
     Suite 250
     Pittsburgh, PA 15219

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation