PROB 12B
(rev 3/85)

# UNITED STATES DISTRICT COURT

for

## Western District Of Pennsylvania

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: __Robert Howard Winston__     Case Number: __0315 2:06CR00040-001__

Name of Sentencing Judicial Officer: __Gary L. Lancaster, Chief United States District Judge__

Date of Original Sentence: __March 30, 2007__

Original Offense: __Possession of a Firearm by a Convicted Felon__

Original Sentence: __57 months' imprisonment to be followed by a 3 year term of supervised release__

Type of Supervision: __Supervised Release__     Date Supervision Commenced: __remains incarcerated__

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

"You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States Probation Officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition."

FILED
2010 JAN 15 PH 3:04
CLERK
U S DISTRICT COURT

## CAUSE

      The defendant, Robert Howard Winston, is currently serving a 57-month period of imprisonment and is designated to FCI Elkton. The United States Probation Office for the District of Nevada has provisionally accepted him for supervision following release from the custody of the Bureau of Prisons. However, in light of the nature of the instant offense, that district requests the Court impose the aforementioned search condition. The defendant is agreeable to this modification and has affixed his signature to the attached waiver form, which permits the Court to add said condition without a hearing. It is noted that the defendant will likely enter a residential re-entry center for 180 days prior to his ultimate release from the custody of the Bureau of Prisons, which should occur on or about September 23, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by *[signature]*

Eric S. Lawson
United States Probation Officer
Date:      January 14, 2010

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ Other

*[signature]*
Signature of Judicial Officer

1/19/10
Date

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

**WESTERN DISTRICT OF PA.**
**RECEIVED**

JAN 8 2010

U.S. PROBATION & PRETRIAL
SERVICES OFFICE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

Witness _____
Case Manager

Signed _____
Probationer or Supervised Releasee

12-11-09
Date